**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

GEORGE GATTULLO,

                                    Plaintiff,

      v.                                                  No. 12-CV-1740
                                                             (LEK/CFH)

KINGSTON REGIONAL SENIOR LIVING CORP.,
d/b/a Woodland Pond, et al.,

                                  Defendants.

---

**CHRISTIAN F. HUMMEL**
**U.S. MAGISTRATE JUDGE**

## ORDER TO SHOW CAUSE

By letter dated December 3, 2013, defendants requested that a conference be scheduled to address certain discovery related issues. Dkt. No. 18. By Text Order dated December 4, 2013, the Court scheduled a conference for December 18, 2013 at 2:00 p.m. in Albany. Dkt. No. 19. At the request of plaintiff's counsel the conference was rescheduled for December 20, 2013 at 10:00 a.m. Dkt. No. 20; Text Notice of Teleconference dated 12/19/2013. At the scheduled time for the teleconference, counsel for defendants appeared by telephone. Plaintiff's attorney failed to participate in that conference.

     **WHEREFORE,** it is hereby

     **ORDERED** that at a hearing on January 3, 2014 at 11:30 a.m., plaintiff's counsel shall show cause why an order should not be entered imposing sanctions on him for his failure to participate in the conference on December 20, 2013. The hearing will be held in person in Courtroom No. 3, Fourth Floor, James T. Foley United States Courthouse, 445

Broadway, Albany, New York.

**IT IS SO ORDERED**.

Dated: December 20, 2013
       Albany, New York

Christian F. Hummel
U.S. Magistrate Judge